# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA QUINTA FRANCHISING, LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> KETTLEMAN CITY COMMERCIAL, LLC, <br><br> Defendant. | 1:07cv01230 OWW GSA <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATION <br><br> (Document 26) |

Plaintiff La Quinta Franchising, LLC, ("Plaintiff") filed the instant action for breach of contract on August 22, 2007. On May 14, 2008, the Court issued Findings and Recommendation that Plaintiff's motion for default judgment be granted. This Findings and Recommendation was served on all parties appearing in this action and contained notice that any objections were to be filed within fifteen (15) court days of the date of service of the order. Over fifteen (15) court days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The May 14, 2008, Findings and Recommendation is ADOPTED IN FULL;
2. Plaintiff's motion for default judgment in favor of Plaintiff and against Defendant Kettleman City Commercial, LLC, be GRANTED;
3. Plaintiffs be AWARDED liquidated damages in the amount of $100,000.00;
4. Plaintiff be AWARDED prejudgment interest in the amount of $4,698.41;
5. Plaintiff be AWARDED costs in the amount of $4,186.76; and
6. Plaintiff be AWARDED attorneys' fees in the amount of $11,949.50.

IT IS SO ORDERED.

Dated:   **June 14, 2008**              /s/ Oliver W. Wanger
                                 UNITED STATES DISTRICT JUDGE